IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thompson Jr., Theodore | Case Number: 05 B 26294 |
|---|---|---|
| | Thompson, Deborah A | Judge: Wedoff, Eugene R |
| | Printed: 10/30/07 | Filed: 7/1/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: June 15, 2007
Confirmed: August 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 24,862.85 |  |
| Secured: |  | 14,705.91 |
| Unsecured: |  | 2,597.09 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,910.00 |
| Trustee Fee: |  | 1,057.93 |
| Other Funds: |  | 4,591.92 |
| Totals: | 24,862.85 | 24,862.85 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 1,910.00 | 1,910.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | United Credit Union | Secured | 0.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 5. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 6. | Wells Fargo Home Mortgage | Secured | 9,810.53 | 9,810.53 |
| 7. | Village of Maywood | Secured | 305.59 | 305.59 |
| 8. | Saxon Mortgage Services Inc | Secured | 4,903.06 | 4,589.79 |
| 9. | Nicor Gas | Unsecured | 1,143.52 | 1,143.52 |
| 10. | B-Line LLC | Unsecured | 764.68 | 764.68 |
| 11. | ECast Settlement Corp | Unsecured | 567.89 | 567.89 |
| 12. | Powers & Moon LLC | Unsecured | 134.99 | 121.00 |
| 13. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 14. | Columbus Bank & Trust | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Mitchell Kay | Unsecured | | No Claim Filed |
| 17. | Capital Management | Unsecured | | No Claim Filed |
| 18. | Ferleger & Associates LTD | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Transworld Systems Inc | Unsecured | | No Claim Filed |
| 21. | Superior Credit | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 19,540.26 | $ 19,213.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thompson Jr., Theodore  
Thompson, Deborah A  
Printed: 10/30/07

Case Number: 05 B 26294  
Judge: Wedoff, Eugene R  
Filed: 7/1/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 575.50 |
| 5% | 137.92 |
| 4.8% | 288.94 |
| 5.4% | 55.57 |
|  | _____ |
|  | $ 1,057.93 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_